FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 16 2016 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
STEVE MARMO,

                Plaintiff,

-against-

P.O. GREGORY PAYEA, P.O. BROMM, P.O. WU, and JOHN and JANE DOE # 1–10,

                Defendants.
------------------------------------------------------------x

NOT FOR PUBLICATION
**ORDER**
14-CV-6852 (CBA) (MDG)

**AMON, United States District Judge:**

The Court has received the Report and Recommendation ("R&R") of the Honorable Marilyn D. Go, United States Magistrate Judge, recommending the dismissal of this case with prejudice for plaintiff Steve Marmo's failure to comply with Court orders and for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). (See D.E. # 20.) No party has objected to the R&R, and the time for doing so has passed. When deciding whether to adopt a report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). To accept those portions of the R&R to which no timely objection has been made, "a district court need only satisfy itself that there is no clear error on the face of the record." Jarvis v. N. Am. Globex Fund, L.P., 823 F. Supp. 2d 161, 163 (E.D.N.Y. 2011) (internal quotation marks and citation omitted).

The Court has reviewed the record and, finding no clear error, adopts the R&R as the opinion of the Court. Accordingly, this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b). The Clerk of Court is directed to enter judgment accordingly.

        SO ORDERED.

Dated: September 15, 2016
       Brooklyn, New York

s/Carol Bagley Amon

_____
Carol Bagley Amon
United States District Judge

1